```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 31400
   CHARLES A WOLTER
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7991


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/18/2008 and was not confirmed.

      The case was dismissed without confirmation 03/04/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
GMAC MORTGAGE CORP         MORTGAGE NOTI    NOT FILED            .00            .00
GMAC MORTGAGE              CURRENT MORTG          .00            .00            .00
GMAC MORTGAGE              MORTGAGE ARRE          .00            .00            .00
HOMECOMINGS FINANCIAL      MORTGAGE NOTI    NOT FILED            .00            .00
CITIFINANCIAL MORTGAGE     CURRENT MORTG          .00            .00            .00
CITIFINANCIAL MORTGAGE     MORTGAGE ARRE      2500.00            .00            .00
CITIFINANCIAL MORTGAGE     MORTGAGE NOTI    NOT FILED            .00            .00
AMERIQUEST MORTGAGE        MORTGAGE NOTI    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED            .00            .00
AMERICAN EXPRESS           UNSECURED        NOT FILED            .00            .00
AMERICAN EXPRESS           UNSECURED        NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED            .00            .00
DIRECT MERCHANTS BANK      UNSECURED        NOT FILED            .00            .00
HSBC BANK                  UNSECURED        NOT FILED            .00            .00
HSBC NV                    UNSECURED        NOT FILED            .00            .00
SEARS CREDIT CARDS         UNSECURED        NOT FILED            .00            .00
CBUSASEARS                 UNSECURED        NOT FILED            .00            .00
PRA RECEIVABLES MGMT       UNSECURED          850.35            .00            .00
WASHINGTON MUTUAL          UNSECURED        NOT FILED            .00            .00
WELLS FARGO FINANCIAL BA   UNSECURED         6827.21            .00            .00
WF FINANCIAL BANK          UNSECURED        NOT FILED            .00            .00
PHILIP A IGOE              DEBTOR ATTY            .00                           .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 31400 CHARLES A WOLTER
```

```
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                     ---------------     ---------------
TOTALS                                           .00                      .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/26/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                          PAGE   2
         CASE NO. 08 B 31400 CHARLES A WOLTER